440 A.2d 1261

Donmoyer v. Donmoyer, Appellant.

 Submitted January 20, 1981.
Lester Krasno, for appellant; John T. Pfeiffer, III, for appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Order affirmed.